[No. 15910-4-II.     Division Two.     June 2, 1994.]

DAN TATE, *Appellant*, v. PUBLIC UTILITY DISTRICT NO. 2 OF PACIFIC COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pacific County, No. 90-2-00234-1, Joel M. Penoyar, J., entered March 6, 1992. *Reversed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfeld, JJ.

[No. 12632-3-III.     Division Three.     June 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 92-1-00036-7, James R. Thomas, J., entered July 21, 1992. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 12712-5-III.     Division Three.     June 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN E. LLEWELLYN, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 92-1-00009-9, Yancey Reser, J., entered September 15, 1992. *Reversed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.